IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| LAWRENCE MOSLEY, : | |
| Plaintiff : | |
| VS. : | |
| Sergeant LESLIE MANAHAN, : | NO. 7:06-CV-84 (HL) |
| Defendant : | **O R D E R** |

    Plaintiff **LAWRENCE MOSLEY** has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983, alleging that named defendant Sergeant Leslie Manahan unlawfully arrested plaintiff on June 11, 2006. This is plaintiff's second action before this Court regarding such unlawful arrest claim. *See Mosley v. Anderson*, Civil Action Number 7:06-cv-73 (HL) (filed Aug. 9, 2006) ("*Mosley I*"). The other action, against Sergeant Crews and Officers Anderson and Ingram, is currently pending before this Court.

    Rule 42(a) of the Federal Rules of Civil Procedure authorizes the Court to consolidate for joint hearing or trial any or all matters at issue "[w]hen actions involving a common question of law or fact are pending before the court." Fed.R.Civ.P. 42(a). Because the allegations contained in plaintiff's complaints are clearly related, the Court finds that there is no need for the complaints to proceed independently. Accordingly, the Court hereby **DIRECTS** that the instant case, 7:06-cv-84(HL), be **CONSOLIDATED** into *Mosley I* and be **ADMINISTRATIVELY CLOSED**

    It is further **ORDERED** that Sergeant Leslie Manahan be added as a defendant in *Mosley I* and that she be served with a copy of the complaint and other pertinent documents herein.

**SO ORDERED**, this 13th day of September, 2006.

                                              **s/   Hugh Lawson**
                                              HUGH LAWSON
                                              UNITED STATES DISTRICT JUDGE

cr